B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of New Mexico

In re __Sarah D Self__  
                                    Debtor(s)  

Case No. _____  
Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| Creditor's Name:<br>Cap1/ymaha | Describe Property Securing Debt:<br>2011 scooter |
|---|---|

Property will be (check one):  
   ☐ Surrendered                              ■ Retained

If retaining the property, I intend to (check at least one):  
   ■ Redeem the property  
   ☐ Reaffirm the debt  
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
   ☐ Claimed as Exempt                     ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| Lessor's Name:<br>-NONE- | Describe Leased Property: | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |
|---|---|---|

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __3/17/15__        Signature __/s/ Sarah Self__  
                                                Sarah D Self  
                                                Debtor